JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>WHITTIER MARKETPLACE, INC., a California corporation,<br><br>        Defendant. | Case No.: 2:21-CV-04770-AB (MRWx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised by counsel that the above-entitled action has been settled.

It is therefore **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty (60) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated:  October 19, 2021    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.